UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CEDRIC BISHOP And On Behalf of All Other
Persons Similarly Situated,

                              Plaintiffs,

    -against-

STUMPY'S SALES AND SERVICE, INC.
                              Defendant.
-----------------------------------------------------------X

Index No.:19-cv-01645
**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), CEDRIC BISHOP, and Defendant, STUMPY'S SALES AND SERVICE, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         May 9, 2019

**JACKSON LEWIS, P.C.**

_____
Rebecca M. McCloskey, Esq
44 South Broadway
14th Floor
(914) 872-6893
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_Deborah A. Batts_
United States District Court Judge
5/15/19